```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                   DALLAS DIVISION

STEPHEN McCOLLUM,             §
STEPHANIE KINGREY, AND        §
SANDRA McCOLLU,               §
INDIVIDUALLY AND AS           §
HEIRS AT LAW TO THE           §
ESTATE OF LARRY GENE          §
McCOLLUM,                     § CIVIL ACTION NO.
     Plaintiffs,              § 3:12-CV-02037
                              §
VS.                           §
                              §
BRAD LIVINGSTON, JEFF         §
PRINGLE, RICHARD CLARK,       §
KAREN TATE, SANDREA           §
SANDERS, ROBERT EASON,        §
THE UNIVERSITY OF TEXAS       §
MEDICAL BRANCH AND THE        §
TEXAS DEPARTMENT OF           §
CRIMINAL JUSTICE,             §
     Defendants.              §
```

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

```
        ORAL AND VIDEOTAPED DEPOSITION OF
                RICHARD C. THALER
                    VOLUME 1

                 October 18, 2013
```

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORAL AND VIDEOTAPED DEPOSITION OF RICHARD C. THALER, produced as a witness at the instance of the PLAINTIFFS, and duly sworn, was taken in the above-styled and numbered cause on October 18, 2013, from 9:00 a.m. to 4:35 p.m., before Brenda J. Wright, RPR, CSR in and for the State of Texas, reported by machine shorthand, at the Office of the Attorney General, 300 West 15th Street, Suite 1200, Austin,

Case 4:14-cv-03311 Document 141-2 Filed on 09/20/16 in TXSD Page 2 of 12

2

Stephen McCollum, et al. v.             Richard C. Thaler
Brad Livingston, et al.                  October 18, 2013

```
 1  Texas, pursuant to the Federal Rules of Civil

 2  Procedure and the provisions stated on the record or

 3  attached herein.

 4                      APPEARANCES

 5  For the Plaintiffs:
         Mr. Jeff Edwards
 6       THE EDWARDS LAW FIRM
         The Haehnel Building
 7       1101 East 11th Street
         Austin, Texas 78702
 8       512-623-7727/512-623-7729 (fax)
         jeff@edwards-law.com
 9            -and-
         Mr. Scott Medlock
10       TEXAS CIVIL RIGHTS PROJECT
         1405 Montopolis Drive
11       Austin, Texas 78741
         512-474-5073/512-474-0726 (fax)
12
    For the Defendants Jeff Pringle, Richard Clark, Karen
13  Tate, Sandrea Sanders, Robert Eason and Texas
    Department of Criminal Justice:
14       Mr. Bruce R. Garcia
         Assistant Attorney General
15       OFFICE OF THE ATTORNEY GENERAL OF TEXAS
         Law Enforcement Defense Division 012
16       Post Office Box 12548
         300 West 15th Street
17       Austin, Texas 78711-2548
         512-463-2080/512-495-9139 (fax)
18       bruce.garcia@texasattorneygeneral.gov

19  For the Defendants Brad Livingston, William Stephens
    and Richard Thaler:
20       Mr. Demetri Anastasidis
         Assistant Attorney General
21       OFFICE OF THE ATTORNEY GENERAL OF TEXAS
         Law Enforcement Defense Division 012
22       Post Office Box 12548
         300 West 15th Street
23       Austin, Texas 78711-2548
         512-463-2153/ 512-495-9139 (fax)
24       demitri.anastasidis@texasattorneygeneral.gov

25
```

Case 4:14-cv-03311   Document 141-2   Filed on 09/20/16 in TXSD   Page 3 of 12

3

Stephen McCollum, et al. v.                      Richard C. Thaler
Brad Livingston, et al.                          October 18, 2013

```
 1                APPEARANCES - CONTINUED

 2
    For the Defendant University of Texas Medical Branch:
 3        Ms. Kim Coogan
               -and-
 4        Ms. Erika Hime
               -and-
 5        Ms. Lacey Mase
          Assistant Attorney General
 6        Law Enforcement Defense Division
          OFFICE OF THE ATTORNEY GENERAL OF TEXAS
 7        Post Office Box 12548
          Austin, Texas 78711-2548
 8        512-463-2080/512-495-9139 (fax)
          kim.coogan@texasattorneygeneral.gov
 9
    Videographer:
10        Mr. Patrick Knapick

11  Also Appearing:
          Ms. Deborah Woltersdorf
12        Paralegal, OFFICE OF THE ATTORNEY GENERAL
          deborah.woltersdorf@texasattorneygeneral.gov
13
          Mr. Josh Barron
14
          Mr. Tobias D. Hunziker
15        TEXAS DEPARTMENT OF CRIMINAL JUSTICE

16        Mr. William Stephens
          TEXAS DEPARTMENT OF CRIMINAL JUSTICE
17
          Mr. Neal Spradlin
18
          Mr. Kyle Smith
19

20

21

22

23

24

25
```

Case 4:14-cv-03311   Document 141-2   Filed on 09/20/16 in TXSD   Page 4 of 12

4

Stephen McCollum, et al. v.                    Richard C. Thaler
Brad Livingston, et al.                        October 18, 2013

1                    STIPULATIONS
2        The attorneys for all parties present stipulate
3   and agree to the following items:
4
5        That the deposition of RICHARD C. THALER is
6   being taken pursuant to Notice;
7
8        That the deposition is being taken pursuant to
9   the Federal Rules of Civil Procedure;
10
11       That the original transcript will be submitted
12  to the witness' attorney, MR. DEMETRI ANASTASIDIS;
13
14       That the witness or the witness' attorney will
15  return the signed transcript to the court reporter
16  within 30 days of the date the transcript is provided
17  to the witness' attorney.  If not returned, the
18  witness may be deemed to have waived the right to make
19  the changes, and an unsigned copy may be used as
20  though signed.
21
22
23
24
25

Stephen McCollum, et al. v.                    Richard C. Thaler
Brad Livingston, et al.                        October 18, 2013

|  |  |
|---|---|
| 1 | INDEX |

Appearances...................................   2
Stipulations..................................   3

RICHARD C. THALER

    Examination by Mr. Edwards................   6
    Examination by Ms. Coogan................. 255
    Examination by Mr. Garcia................. 262

Changes and Corrections........................ 266
Witness' Signature............................. 267
Reporter's Certificate......................... 268

EXHIBITS

| NO. | DESCRIPTION | PAGE MARKED |
|---|---|---|
| 50 | Heat Precaution 2011 - Reminder | 62 |
| 51 | Security Memorandum - November 4, 2011 | 137 |
| 52 | August 16, 2011 letter | 174 |
| 53 | Correctional Institutions Division Regional Director's Meeting - July 16, 2010 | 185 |
| 54 | Correctional Institutions Division Regional Director's Meeting - August 12, 2010 | 191 |
| 55 | Correctional Institutions Division Regional Director's Meeting - May 12, 2011 | 202 |
| 56 | Correctional Institutions Division Regional Director's Meeting - July 14, 2011 | 209 |
| 57 | Correctional Institutions Division Regional Director's Meeting - August 11, 2011 | 218 |
| 58 | Correctional Institutions Division Regional Director's Meeting - March 15, 2012 | 229 |

Case 4:14-cv-03311 Document 141-2 Filed on 09/20/16 in TXSD Page 6 of 12

Stephen McCollum, et al. v.　　　　　　　　　　　　　Richard C. Thaler
Brad Livingston, et al.　　　　　　　　　　　　　　　October 18, 2013

```
 1  RICHARD C. THALER

 2
                      EXHIBITS - CONTINUED
 3
                                                          PAGE
 4  NO.    DESCRIPTION                                    MARKED

 5  59............................................... 235
            Correctional Institutions Division Regional
 6          Director's Meeting - April 12, 2012
    60............................................... 238
 7          Correctional Institutions Division Regional
            Director's Meeting - June 14, 2012
 8  61............................................... 242
            Correctional Institutions Division Regional
 9          Director's Meeting - August 16, 2012
    62............................................... 249
10          Correctional Institutions Division Regional
            Director's Meeting - April 11, 2013
11  63............................................... 260
            Mediation Proposal Update
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Case 4:14-cv-03311   Document 141-2   Filed on 09/20/16 in TXSD   Page 7 of 12

17

Stephen McCollum, et al. v.                    Richard C. Thaler
Brad Livingston, et al.                        October 18, 2013

1              In 1989, I promoted to major of
2   correctional officers at the Retrieve Unit there in
3   Angleton, Texas.
4              And in 1990, I was promoted to
5   assistant warden at the Pack 2 Unit.
6              In 1992, I was promoted to senior
7   warden at the Smith Unit in Lamesa, Texas.
8              I served in that capacity until 1994,
9   when I was promoted to a warden's position at the
10  Ramsey I Unit back in Brazoria County.
11             In 1996, again, I was promoted to the
12  position of warden, senior warden, at the
13  Telford Unit, T-e-l-f-o-r-d, Unit in Bowie County,
14  Texas.
15             And in 1999, I was transferred to the
16  Estelle Unit in Walker County as a warden.
17             In 2003, I was promoted to regional
18  director for Region I, which encompassed into the
19  Huntsville area.
20             In 2006, I was promoted to division
21  director of the Manufacturing Logistics Division,
22  there in Huntsville, Texas.
23             And in 2000 -- July of 2009, I was
24  promoted into the director's position of the
25  Correctional Institutions Division and served in that

Case 4:14-cv-03311   Document 141-2   Filed on 09/20/16 in TXSD   Page 8 of 12

Stephen McCollum, et al. v.                                Richard C. Thaler
Brad Livingston, et al.                                  October 18, 2013

1  capacity until my retirement in May of this year,
2  2013.
3      Q.   All right.  So let's go back to 2003 when I
4  believe you told me that you became the regional
5  director of the region that would include Huntsville?
6      A.   Right.
7      Q.   Who would be serving in that position today,
8  or has kind of the structural situation changed?
9      A.   As far as the named individual?
10     Q.   Sure.
11     A.   I believe Richard Alford is currently the
12 Region I director.
13     Q.   Okay.
14     A.   At least he was when I left in May.
15     Q.   Walk me through -- each region has its own
16 director?
17     A.   Correct.  There is six regions across the
18 state of Texas.
19     Q.   Okay.  So we've met Mr. Eason in this case.
20 Is he a regional director?
21     A.   Yes, sir.
22     Q.   Currently?  Okay.  Or -- okay.
23     A.   Well, I say currently --
24     Q.   He was one of the six --
25     A.   I believe since I left, I believe he --

WRIGHT WATSON & ASSOCIATES
(800) 375-4363   3307 Northland Dr., Ste. 185  Austin, TX 78731-4946   (512) 474-4363
e4b80f89-fea3-48f6-8dfc-0e54f7ce7f83

18

Case 4:14-cv-03311   Document 141-2   Filed on 09/20/16 in TXSD   Page 9 of 12

268

Stephen McCollum, et al. v.                    Richard C. Thaler
Brad Livingston, et al.                         October 18, 2013

```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF TEXAS
                          DALLAS DIVISION

STEPHEN McCOLLUM,              §
STEPHANIE KINGREY, AND         §
SANDRA McCOLLU,                §
INDIVIDUALLY AND AS            §
HEIRS AT LAW TO THE            §
ESTATE OF LARRY GENE           §
McCOLLUM,                      §  CIVIL ACTION NO.
        Plaintiffs,            §  3:12-CV-02037
                               §
VS.                            §
                               §
BRAD LIVINGSTON, JEFF          §
PRINGLE, RICHARD CLARK,        §
KAREN TATE, SANDREA            §
SANDERS, ROBERT EASON,         §
THE UNIVERSITY OF TEXAS        §
MEDICAL BRANCH AND THE         §
TEXAS DEPARTMENT OF            §
CRIMINAL JUSTICE,              §
        Defendants.            §
```

* * * * * * * * * * * * * * * * * *
              REPORTER'S CERTIFICATION
         ORAL AND VIDEOTAPED DEPOSITION OF
                 RICHARD C. THALER
                      VOLUME 1
                  October 18, 2013
* * * * * * * * * * * * * * * * * *

    I, BRENDA J. WRIGHT, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

    That the witness, RICHARD C. THALER, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

    I further certify that pursuant to Federal Rules of Civil Procedure, Rule 30(e)(1)(A) and (B) as

Case 4:14-cv-03311   Document 141-2   Filed on 09/20/16 in TXSD   Page 10 of 12

269

Stephen McCollum, et al. v.                    Richard C. Thaler
Brad Livingston, et al.                        October 18, 2013

```
 1  well as Rule 30(e)(2) that the signature of the
 2  deponent:
 3         __X__ was requested by the deponent and/or a
 4  party before completion of the deposition and is to be
 5  returned within 30 days from date of receipt of the
 6  transcript.  If returned, the attached Changes and
 7  Corrections and Signature pages contain any changes
 8  and the reasons therefor;
 9         ____ was not requested by the deponent and/or a
10  party before the completion of the deposition.
11         That $_____ is the deposition
12  officer's charges for preparing the original
13  deposition transcript and any copies of exhibits,
14  charged to PLAINTIFFS;
15         That pursuant to information given to the
16  deposition officer at the time said testimony as
17  taken, the following includes all parties of record:
18  For the Plaintiffs:
            Mr. Jeff Edwards
19          THE EDWARDS LAW FIRM
            The Haehnel Building
20          1101 East 11th Street
            Austin, Texas 78702
21          512-623-7727/512-623-7729 (fax)
            jeff@edwards-law.com
22              -and-
            Mr. Scott Medlock
23          TEXAS CIVIL RIGHTS PROJECT
            1405 Montopolis Drive
24          Austin, Texas 78741
            512-474-5073/512-474-0726 (fax)
25
```

Case 4:14-cv-03311   Document 141-2   Filed on 09/20/16 in TXSD   Page 11 of 12

270

Stephen McCollum, et al. v.                    Richard C. Thaler
Brad Livingston, et al.                        October 18, 2013

```
 1  For the Defendants Jeff Pringle, Richard Clark, Karen
    Tate, Sandrea Sanders, Robert Eason and Texas
 2  Department of Criminal Justice:
            Mr. Bruce R. Garcia
 3          Assistant Attorney General
            OFFICE OF THE ATTORNEY GENERAL OF TEXAS
 4          Law Enforcement Defense Division 012
            Post Office Box 12548
 5          300 West 15th Street
            Austin, Texas 78711-2548
 6          512-463-2080/512-495-9139 (fax)
            bruce.garcia@texasattorneygeneral.gov
 7
    For the Defendants Brad Livingston, William Stephens
 8  and Richard Thaler:
            Mr. Demetri Anastasidis
 9          Assistant Attorney General
            OFFICE OF THE ATTORNEY GENERAL OF TEXAS
10          Law Enforcement Defense Division 012
            Post Office Box 12548
11          300 West 15th Street
            Austin, Texas 78711-2548
12          512-463-2153/ 512-495-9139 (fax)
            demitri.anastasidis@texasattorneygeneral.gov
13
    For the Defendant University of Texas Medical Branch:
14          Ms. Kim Coogan
            Assistant Attorney General
15          OFFICE OF THE ATTORNEY GENERAL OF TEXAS
            Law Enforcement Defense Division
16          Post Office Box 12548
            Austin, Texas 78711-2548
17          512-463-2080/512-495-9139 (fax)
            kim.coogan@texasattorneygeneral.gov
18

19          I further certify that I am neither attorney

20  nor counsel for nor related to nor employed by any of

21  the parties to the action in which this deposition is

22  taken;

23          Further, I am not a relative nor an employee of

24  any attorney of record in this cause, nor am I

25  financially or otherwise interested in the outcome of
```

Case 4:14-cv-03311   Document 141-2   Filed on 09/20/16 in TXSD   Page 12 of 12   271

Stephen McCollum, et al. v.                                    Richard C. Thaler
Brad Livingston, et al.                                        October 18, 2013

```
 1  the action.
 2          Certified to by me this 29TH day of OCTOBER,
 3  2013.
 4                      _____
                        BRENDA J. WRIGHT, Texas CSR No. 1780
 5                      Expiration Date:  12-31-14
                        WRIGHT WATSON & ASSOCIATES
 6                      Firm Registration No. 225
                        Expiration Date:  12-31-13
 7                      3307 Northland Drive
                        Suite 185
 8                      Austin, Texas   78731
                        512-474-4363/51-474-8802 (fax)
 9                      www.wrightwatson.com
    JOB NO. 131018BJW
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```