IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RENE ARTURO HINOJOSA, | § | |
| as Representative of the Estate of | § | |
| ALBERT HINOJOSA, Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:14-cv-3311 |
| | § | |
| | § | |
| BRAD LIVINGSTON, et al., | § | |
| Defendants. | § | |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINES

Defendants, The University of Texas Medical Branch at Galveston ("UTMB"), the individual UTMB Defendants, the Texas Department of Criminal Justice ("TDCJ"), and the individual TDCJ Defendants (hereafter "Defendants"), by and through their undersigned counsel, file this unopposed motion to extend all deadlines in the above-styled case pending final settlement.

The parties have reached a settlement, which will resolve all matters in this case. The parties have been working to finalize the various settlement documents in this and the related lawsuits. Defendants aver that the settlement in *Adams v. Livingston, et al.*, *Togonidze v. Livingston, et al.*, and *Webb v. Livingston, et al.*, will require Legislative approval during the 2019 Texas Legislative session. Plaintiff understands the necessary approvals of this settlement and understands the approval will not be achieved until 2019. The Settlements in the remaining cases require various governmental officials' approval.

Accordingly, the parties request that all deadlines in this case be extended. In the unlikely event that the settlement in this case is not approved by the necessary government officials, the parties agree that a new scheduling order should be issued by the Court.

**PROPOSED EXTENDED DEADLINES FOR THIS AND RELATED CASES**

|  | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Hudson/James: Defendants' TDCJ and Goings' Response to Plaintiff's Motion for Sanctions | April 23, 2018 | August 31, 2018 |
| Adams: Defendants' TDCJ and Goings' Response to Plaintiff's Motion for Sanctions | April 23, 2018 | February 28, 2019 |
| Hudson/James: Defendants' Reply Briefing in Support of Summary Judgment | April 23, 2018 | August 31, 2018 |
| Adams: Defendants' Reply Briefing in Support of Summary Judgment | April 23, 2018 | February 28, 2019 |
| Togonidze: Discovery Deadline | May 2, 2018 | March 31, 2019 |
| Martone Expert Reports | May 28, 2018 | August 31, 2018 |
| Togonidze Dispositive Motions Deadline | May 30, 2018 | April 30, 2019 |
| Martone Rebuttal Expert Reports | June 11, 2018 | August 31, 2018 |
| Hinojosa Expert Reports | July 9, 2018 | August 31, 2018 |

**CONCLUSION**

Defendants respectfully request the Court grant their unopposed motion seeking an extension of all deadlines in this and the related cases.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**BRANTLEY STARR**
Deputy First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**SHANNA ELIZABETH MOLINARE**
Chief-Law Enforcement Defense Division
Assistant Attorney General
Texas Bar No. 24041506
Federal I.D. No. 38632
Shanna.molinare@oag.texas.gov

**HEATHER RHEA**
Assistant Attorney General
Texas Bar No. 24085420
Federal I.D. No. 2399979

**COURTNEY BROOKE CORBELLO**
Assistant Attorney General
Texas Bar No. 24097533
Federal I.D. No. 3089117

**OFFICE OF THE ATTORNEY GENERAL**
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080 / (512) 936-2109 (Fax)

**GRAIG J. ALVAREZ**
State Bar No. 24001647
Federal I.D. No. 22596

**KARA STAUFFER**
State Bar No. 24056373
Federal I.D. No. 685342

**ALVAREZ STAUFFER BREMER PLLC**
Mellie Esperson Building
815 Walker St., Suite 1450
Houston, Texas 77002
(713) 351-0301/ Fax (713) 351-0320

**ATTORNEYS FOR DEFENDANTS
THE UNIVERSITY OF TEXAS MEDICAL BRANCH
AND DR. OWEN MURRAY**

/s/ Leah J. O'Leary
**LEAH J. O'LEARY**
Assistant Attorney General
Attorney-In-Charge
Texas State Bar No. 24079074

>Southern ID: 1563191
>Leah.Oleary@oag.texas.gov
>
>**ATTORNEYS FOR TDCJ, AND INDIVIDUAL TDCJ DEFENDANTS**

### CERTIFICATE OF CONFERENCE

I, **LEAH O'LEARY**, Assistant Attorney General of Texas, do hereby certify that I conferred with counsel for all other parties to this case on the merits of this motion and have been informed that Defendants' Motion to Extend Deadlines is unopposed.

>*/s/ Leah O'Leary*
>**LEAH O'LEARY**
>Assistant Attorney General

### NOTICE OF ELECTRONIC FILING

I, **LEAH O'LEARY**, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing, a correct copy of the foregoing in accordance with the Electronic Case Files System of the Southern District of Texas, on May 11, 2018.

>*/s/ Leah O'Leary*
>**LEAH O'LEARY**
>Assistant Attorney General

### CERTIFICATE OF SERVICE

I, **LEAH O'LEARY**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing has been served on all counsel of record via electronic mail on May 11, 2018, as authorized by Fed. R. Civ. P. 5(b)(2) and in accordance with the electronic case filing procedures of the United States District Court for the Southern District of Texas.

>*/s/ Leah O'Leary*
>**LEAH O'LEARY**
>Assistant Attorney General